Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3317
Facsimile: 907-276-2631
Email: partnowp@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TODD C. LAPORTE,<br><br>                Plaintiff,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC,<br><br>                Defendant. | Case No. 3:10-cv-00_____<br><br>**NOTICE OF REMOVAL** |

TO:       The United States District Court
             For The District of Alaska

AND TO:   Hugh W. Fleischer, Esq.
             Law Offices of Hugh W. Fleisher, LLC
             310 K Street, Suite 200
             Anchorage, Alaska 99501

      Defendant Wells Fargo Investments, LLC ("WFI" or "Defendant") notifies you that pursuant to 28 U.S.C. § 1332 and 28 U.S.C. §§ 1441 and 1446, WFI hereby removes the above-captioned action from the Superior Court for the State of Alaska, Third Judicial District at Anchorage on the ground of jurisdiction based on diversity of citizenship. WFI submits the following statement in accordance with 28 U.S.C. § 1446:

      1.     On June 14, 2010, plaintiff Todd LaPorte ("Plaintiff") served WFI with a Summons and Complaint for the above-captioned action filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, designated as Case No. 3AN-10-08101 CI. *See* Declaration of Peter Partnow ("Partnow Decl.") ¶ 2 and Exhibit A thereto.

(Summons; Complaint). Plaintiff's Complaint is premised upon alleged events and/or omissions that occurred within the state of Alaska. *See* Ex. A (specifically, Complaint ¶ 3).

2. This Court is the United States District Court for the district and division within which Plaintiff's action in the Superior Court for the State of Alaska, Third Judicial District in Anchorage, is pending. *See* 28 U.S.C. § 1441(a). Venue is therefore proper in this district pursuant to 28 U.S.C. § 1391(a) and (c).

3. As required by 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty (30) days from the date on which the action was served on WFI. Partnow Decl. ¶ 3.

4. Plaintiff alleges in his Complaint that he resides within the Third Judicial District of Alaska. *See* Complaint ¶ 1. Plaintiff is therefore a citizen of the State of Alaska.

5. Defendant WFI is registered in the State of Delaware with its primary place of business in San Francisco, California. Partnow Decl. ¶ 4 and Exhibits B and C. Thus, under 28 U.S.C. § 1332(c)(1), WFI is deemed a citizen of the State of Delaware and the State of California.

6. Because Plaintiff is a citizen of the State of Alaska and WFI is a citizen of the States of California and Delaware, complete diversity of citizenship exists between the parties.

7. In addition, the amount in controversy in this matter exceeds the sum of $75,000, exclusive of interest and costs; Plaintiff alleges damages in excess of $200,000. *See* Exhibit A (specifically, Complaint ¶¶ 11, 12 and ¶ 3 of Plaintiff's prayer for relief).

8. Because there is complete diversity of citizenship between Plaintiff and Defendant and because the amount in controversy in this case exceeds $75,000, this Court would have had jurisdiction over this case under 28 U.S.C. § 1332, had it been originally filed in this Court. The case is therefore removable to this Court pursuant to 28 U.S.C. § 1441(b).

9.      As required by 28 U.S.C. § 1446, a true and correct copy of all state court process, pleadings, or orders served on the removing parties to date are attached to the Partnow Declaration as Exhibit A.

10.     By seeking removal, WFI does not waive, and expressly reserves, all rights, defenses, or objections of any nature that it may have to Plaintiff's claims, including but not limited to the right to compel arbitration of some or all of Plaintiff's claims.

11.     A copy of this Notice of Removal is being concurrently filed with the Clerk of the Superior Court of Alaska, Third Judicial District at Anchorage, and concurrently served upon the Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

DATED this 6th day of July, 2010.

>                    LANE POWELL LLC
>                    Attorneys for Defendant
>
>                    By  /s/ Peter C. Partnow
>                    301 West Northern Lights Boulevard, Suite 301
>                    Anchorage, Alaska  99503-2648
>                    Tel:    907-277-3317
>                    Fax:    907-276-2631
>                    Email:  partnowp@lanepowell.com
>                    ASBA No. 7206029

I certify that on July 6, 2010, a copy
of the foregoing was served by U.S. Mail and email on:

Hugh W. Fleischer, Law Offices of Hugh W. Fleischer, LLC
310 K Street, Suite 200, Anchorage, AK  99501
Email: hfleisch@aol.com

  /s/ Peter C. Partnow
707003.0009/173420.1