LAW OFFICES OF HUGH W. FLEISCHER, LLC
310 K Street, Suite 200
Anchorage AK 99501
907-264-6635
907-264-6602 (fax)
hfleisch@aol.com

Counsel for Todd C. LaPorte

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TODD C. LAPORTE ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> WELLS FARGO ) <br> INVESTMENTS, LLC ) <br> ) <br> Defendant. ) <br> _____ ) | ■■■■■■ ORDER GRANTING <br> MOTION TO DISMISS <br><br><br><br><br><br><br> U.S. District No. 3:10-00154-cv (RRB) |

BASED upon the foregoing motion,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs.

Dated this 19th day of July, 2010.

/s/ RRB
_____
Hon. Ralph R. Beistline
Chief Judge, United States District Court